# Court of Appeals, State of Michigan

## ORDER

People of MI v Mohammad Masroor

Docket Nos.   322280; 322281; 322282

LC Nos.   14-000869-FC; 14-000858-FC; 14-000857-FC

Michael J. Talbot, C.J.
Presiding Judge

All Court of Appeals
Judges

The Court orders that a special panel shall be convened pursuant to MCR 7.215(J) to resolve the conflict between this case and *People of MI v Alexander Jeremy Steanhouse*, ___ Mich App ___ (Docket No. 318329, issued October 22, 2015), concerning the standards applicable to review for reasonableness of sentences constituting departures from the recommendations of the sentencing guidelines, and the extent to which remands are required in cases involving sentencing decisions before *People v Lockridge*, 498 Mich 358 (2015), was decided.

The Court further orders that sections IV, V, VI, and VII of the majority opinion in this case released on November 24, 2015, are VACATED. MCR 7.215(J)(5).

Appellant may file a supplemental brief within 21 days of the Clerk's certification of this order. Appellee may file a supplemental brief within 21 days of service of appellant's brief.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

DEC 1 7 2015
_____
Date

_____
Chief Clerk